IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **8:26-CR-46** |
| vs. | |
| LARRY G. JOST, Defendant. | **ORDER SUPPLEMENTING FINAL TRIAL ORDER** |

Trial in this matter is set on November 17, 2026, at 8:30 a.m. in Courtroom #5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska 68102. The Court filed a Final Trial Order on November 5, 2026. Filing 28 (Final Trial Order). The Court now supplements that Final Trial Order as follows:

**10. POWERPOINT DEMONSTRATIVE PRESENTATIONS**

Each party shall e-mail to chambers a draft of any PowerPoint or any other demonstrative to be used during opening statements no later than 8:00 a.m. on the first day of trial. Each party shall e-mail to chambers a draft of any PowerPoint or any other demonstrative to be used during closing arguments no later than two hours before closing arguments begin.

**IT IS SO ORDERED.**

Dated this 9th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge