FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 NOV 19 AM 11:55
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LARRY G. JOST,

Defendant.

**8:26-CR-46**

**JURY QUESTION**

Ladies and gentlemen of the jury, at about 9:20 a.m. on November 19, 2026, you submitted to the Court the following question:

**Question**: Is there a specific amount, weight etc. where possession of an illegal substance becomes intent to distribute or is it just based on discretion?

The following answer is given to you by the Court:

**Answer**: The United States presented testimony on this question. It is your job to decide what weight, if any, to give this testimony.

Dated this November 19, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge

Question for Judge

- Is there a specific amount, weight etc. where posession of an illegal substance becomes intent to distribute or is it just based on discretion?

[redacted]