FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 NOV 19 AM 11: 55
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY G. JOST,<br><br>Defendant. | **8:26–CR–46**<br><br>**VERDICT FORM** |

Please answer the questions below, and then have the foreperson sign and date this verdict form:

**QUESTION 1: COUNT ONE**

We, the Jury, find the defendant, LARRY G. JOST not guilty **(guilty/not guilty)** of committing the crime of possession with intent to distribute methamphetamine, as charged in Count One of the Indictment.

**Only if you have found the defendant "Guilty," answer Question 2.**

**QUESTION 2: COUNT ONE**

With respect to Count One of the Indictment, we the Jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine that the defendant possessed with intent to distribute is:

____ 5 grams or more of methamphetamine (actual)

____ less than 5 grams of methamphetamine (actual)

**Check the drug quantity which the jury unanimously agrees was involved in the offense. If you are unable to agree on a quantity, check the entry for the lowest drug quantity.**

[redacted]

FOREPERSON

11.19.2026

DATE